**SEALED**

W ___ S ___ NP ___

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 OCT 19 PM 4: 23

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:05CR 390 |
| Plaintiff, ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| ) | 18 U.S.C. § 922(j) and (n) |
| CAMERON TRAVUS FORD, ) | |
| ) | |
| Defendant. ) | JUDGE BATAILLON |

**MAGISTRATE JUDGE GOSSETT**

The Grand Jury charges:

<u>COUNT I</u>

On or about the 27th day of August, 2005, CAMERON TRAVUS FORD, the defendant herein, did, in the District of Nebraska, unlawfully receive, possess, conceal, store, and accept as security for a loan, a stolen firearm, to wit, a 9mm Lorcin, serial number 010098, which was then moving as and which had been shipped and transported in interstate and foreign commerce, either before or after it was stolen, knowing and having reasonable cause to believe that said firearm was stolen.

In violation of Title 18, United States Code, Section 922(j).

<u>COUNT II</u>

On or about the 27th day of August, 2005, CAMERON TRAVUS FORD, the defendant herein, while under Indictment for a crime punishable by imprisonment for a term exceeding one year, did, in the District of Nebraska, unlawfully receive a firearm, to wit, a 9mm Lorcin, serial number 010098, and ammunition, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(n).

A TRUE BILL

███████████████
FOREPERSON

*[signature]*
MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*[signature]*
MICHAEL D. WELLMAN
Assistant U.S. Attorney

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
05 OCT 19 PM 4:23
OFFICE OF THE CLERK