# MEMORANDUM

TO:   CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

FROM:   AUSA MICHAEL D. WELLMAN
U.S. ATTORNEY'S OFFICE
DISTRICT OF NEBRASKA

RE:   UNSEALING OF INDICTMENT IN 8:05CR390

DATE:   February 22, 2006

Be advised that defendant, <u>Cameron Travus Ford</u>, named in the indictment listed above is <u>in custody</u>. You may now unseal the indictment listed above pursuant to Fed. R. Crim. P. 6(e)(4).