IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR390 |
| | ) | |
| Plaintiff, | ) | |
| | ) | APPLICATION FOR |
| vs. | ) | WRIT OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| CAMERON TRAVUS FORD, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

1. The defendant is presently incarcerated in Nebraska Youth Facility, in the custody of the Warden of said facility.

2. It is necessary that the said defendant be before Magistrate Judge Gossett for a court hearing in Courtroom No. 6 beginning on or after February 23, 2006, at 1:30 p.m.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of Nebraska Youth Facility and the Bureau of Alcohol, Tobacco, and Firearms and Omaha Police Department for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

UNITED STATES OF AMERICA,
Plaintiff

By:   MICHAEL G. HEAVICAN
      United States Attorney
      District of Nebraska

And:  _____
      MICHAEL D. WELLMAN
      Assistant U.S. Attorney

UNITED STATES OF AMERICA )
                         ) ss
DISTRICT OF NEBRASKA     )

MICHAEL D. WELLMAN, being first duly sworn on oath says that he is an Assistant United States Attorney for the District of Nebraska, that he has read the foregoing Application, and that the facts set forth therein are true.

_____
MICHAEL D. WELLMAN
Assistant United States Attorney

Subscribed to and sworn to before me this 22nd day of February, 2006.

JUDY K. MURCEK
General Notary
State of Nebraska
My Commission Expires Jul 15, 2009

_____
Notary Public