IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR390 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CAMERON TRAVUS FORD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the United States' Application for Writ of Habeas Corpus Ad Prosequendum.  (Filing No. 5 ).

IT IS ORDERED that the motion (5) is granted and a Writ of Habeas Corpus Ad Prosequendum be issued.

DATED this _____ day of February, 2006.

BY THE COURT:

_____
F. A. GOSSETT
United States Magistrate Judge