IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>            Plaintiff,                           )<br>                                                            )<br>    vs.                                               )<br>                                                            )<br>CAMERON TRAVUS FORD,               )<br>                                                            )<br>            Defendant.                        ) | 8:05CR390<br><br>**SCHEDULING ORDER** |

   IT IS ORDERED that the following is set for hearing on **April 18, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Motion to Sever Counts for Trial [14]

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 21st day of March, 2006.

                                      BY THE COURT:


                                      s/ F.A. Gossett
                                      United States Magistrate Judge